IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY KRZESNIAK, | No. C 05-5156 MEJ |
| Plaintiff(s), | **ORDER VACATING FEBRUARY 1, 2007 HEARING RE: MOTION TO DISQUALIFY PLAINTIFF AS CLASS REPRESENTATIVE** |
| vs. | |
| CENDANT CORPORATION, et al., | |
| Defendant(s). | |

Pending before the Court is the defendants' Motion to Disqualify Plaintiff as Class Representative. Having read and considered the arguments presented by the parties in the papers submitted to the Court, the Court finds this matter appropriate for resolution without a hearing and VACATES the February 1, 2007 hearing. The Court shall issue an order on the matter forthwith.

**IT IS SO ORDERED.**

Dated: January 30, 2007

MARIA-ELENA JAMES
United States Magistrate Judge