IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY KRZESNIAK, | No. C 05-5156 MEJ |
| Plaintiff(s), | **ORDER FOR PARTIES TO FILE JOINT STATUS STATEMENT** |
| vs. | |
| CENDANT CORPORATION, et al., | |
| Defendant(s). | |

On February 27, 2007, the Court issued an order denying Defendants' Motion to Disqualify Plaintiff as Class Representative. Upon review of the docket, the Court notes that this matter was referred to private mediation, yet there is no indication that the parties have participated in any such process. Accordingly, the Court requests that the parties file a joint status statement addressing settlement negotiations, the status of class certification, and whether any case management dates need to be continued. The parties shall file their statement by March 22, 2007.

**IT IS SO ORDERED.**

Dated: February 27, 2007

MARIA-ELENA JAMES
United States Magistrate Judge