1   MICHAEL HOFFMAN, Bar No. 162496
    LITTLER MENDELSON
2   A Professional Corporation
    650 California Street, 20th Floor
3   San Francisco, CA 94108.2693
    Telephone:   415.433.1940
4   Facsimile:   415.399.8490
    E-mail: mhoffman@littler.com

5
    JODY A. LANDRY, Bar No. 125743
6   LITTLER MENDELSON
    A Professional Corporation
7   501 W. Broadway, Suite 900
    San Diego, CA 92101.3577
8   Telephone:   619.232.0441
    Facsimile:   619.232.4302
9   E-mail: jlandry@littler.com

10  Attorneys for Defendants
    CENDANT CORPORATION; CENDANT CAR
11  RENTAL GROUP, LLC (formerly known as
    Cendant Car Rental Group, Inc.); CENDANT CAR
12  RENTAL OPERATIONS SUPPORT, INC.; and
    BUDGET RENT A CAR SYSTEM, INC.

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                 SAN FRANCISCO DIVISION

17  STANLEY KRZESNIAK,              Case No. C 05-5156 MEJ

18              Plaintiff,          STIPULATION AND [PROPOSED]
                                    ORDER EXTENDING THE DISCOVERY
19     v.                           CUTOFF FOR THREE DAYS

20  CENDANT CORPORATION, et al.,
                                    Magistrate Judge Maria-Elena James
21              Defendants.
                                    Complaint Filed: 12/13/05
22                                  First Amended Complaint Filed: 01/06/06

23

24

25          IT IS HEREBY STIPULATED, by and between the parties hereto, through their

26  respective counsel and subject to Court approval, to the following:

27          1.     The discovery cutoff is April 6, 2007. Both parties have written discovery

28  responses due on April 6, 2007.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

PROPOSED ORDER EXTENDING DISC. CUTOFF        1.        CASE NO. C 05-5156 MEJ

1    2.    Due to the Easter and Passover holidays during the week of April 2 to April 8,

2  as well as the absence of client representatives during that time, counsel will not be able to verify the

3  content of all the written responses before the discovery cutoff.

4    3.    The parties stipulate to a three-day extension of all response deadlines and the

5  discovery cutoff until April 11, 2007.  Good cause exists for the extension due to the written

6  discovery and the aforementioned holidays and client absences.  The parties are unaware of any

7  other schedule conflicts that would be caused by the three-day extension.

8  Date:  April 5, 2007

9

10    By: _____

11    Michael Hoffman
     LITTLER MENDELSON, P.C.
     Attorneys for Defendants

12

13  Date:  April 5, 2007

14

15    By: _____

16    Steven M. Tindall
     RUKIN HYLAND DORIA & TINDALL LLP
     Attorneys for Plaintiff

17

18    **ORDER**

19

20    Pursuant to stipulation, IT IS SO ORDERED.

21

22  Dated: April 10, 2007
     _____    _____

23    UNITED STATES MAGISTRATE JUDGE

24  Firmwide:82284271.1 035682.1035

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

PROPOSED ORDER EXTENDING DISC. CUTOFF          2.          CASE NO. C 05-5156 MEJ