PETER S. RUKIN (SBN 178336)
STEVEN M. TINDALL (SBN 187862)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Individual and Representative Plaintiff
STANLEY KRZESNIAK

MICHAEL HOFFMAN (SBN 162496)
LITTLER MENDELSON LLP
650 California Street, 20th Floor
San Francisco, CA 94108
(415) 433-1940

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY KRZESNIAK, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., BUDGET RENT A CAR SYSTEM, INC,<br><br>Defendants. | **CASE NO. C 05-5156 MEJ**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DISCOVERY MOTION DEADLINE** |

WHEREAS, by Order dated April 10, 2007, the Court extended the deadline for the parties to respond to outstanding written discovery until April 11, 2007;

WHEREAS, the parties have begun to meet and confer regarding discovery responses that were served on April 11, 2007;

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DISCOVERY MOTION DEADLINE**

WHEREAS, because of scheduling conflicts and out of town travel, counsel have not been able to complete to the meet and confer process before the existing discovery motion deadline of April 23, 2007;

WHEREAS, the parties are scheduled to mediate this case before Mark Rudy on April 27, 2007;

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel and subject to Court approval., to the following:

1.  Counsel will complete the meet and confer process regarding any outstanding discovery disputes on or before April 30, 2007.

2.  Counsel shall submit any remaining disputes to the Court by joint letter no later than May 3, 2007.

DATED: April 23, 2007                RUKIN HYLAND DORIA & TINDALL LLP

By: _____
PETER RUKIN

Attorneys for Individual and Representative Plaintiff

DATED: April 23, 2007                LITTLER MENDELSON

By: _____
MICHAEL HOFFMAN

Attorneys for Defendants

IT IS SO ORDERED

DATED: April 24, 2007                _____
HON. MARIA-ELENA JAMES
U.S. DISTRICT COURT MAGISTRATE JUDGE

-2-

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DISCOVERY MOTION DEADLINE**