1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STANLEY KRZESNIAK,                              No. C 05-5156 MEJ

        Plaintiff(s),                    **ORDER RESCHEDULING HEARING**
                                                **RE: CLASS CERTIFICATION**

  vs.

CENDANT CORPORATION, et al.,

        Defendant(s).
_____/

     Currently pending before the Court is Plaintiff's Motion for Class Certification (Doc. #41),

with a noticed hearing date of June 14, 2007.  Please take notice that the Court hereby

RESCHEDULES the hearing to June 7, 2007 at 10:00 a.m. in Courtroom B, 15th Floor.

     **IT IS SO ORDERED.**

Dated: May 30, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge