IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY KRZESNIAK, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff(s),<br><br>vs.<br><br>CENDANT CORP., CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., and BUDGET RENT A CAR SYSTEM, INC.,<br><br>Defendant(s). | No. C 05-05156 MEJ<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY ACTION** |

Before the Court is Defendants' Motion to Stay Action Pending Resolution of Petition for Permission to Appeal from Class Certification Order, filed July 6, 2007. (Doc. #82.) On August 8, 2007, Plaintiff filed a Statement of Non-Opposition. (Doc. #85.) Accordingly, the Court GRANTS Defendants' motion and STAYS this action pending resolution of their petition. The parties shall immediately notify the Court after the Ninth Circuit Court of Appeals either (a) grants Defendants' Rule 23(f) petition and the appeal is resolved, or (b) denies Defendants' Rule 23(f) petition.

**IT IS SO ORDERED.**

Dated: August 9, 2007

MARIA-ELENA JAMES
United States Magistrate Judge