MICHAEL HOFFMAN, Bar No. 162496
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: mhoffman@littler.com

JODY A. LANDRY, Bar No. 125743
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
E-mail: jlandry@littler.com

Attorneys for Defendants
CENDANT CORPORATION; CENDANT CAR
RENTAL GROUP, LLC (formerly known as
Cendant Car Rental Group, Inc.); CENDANT CAR
RENTAL OPERATIONS SUPPORT, INC.; and
BUDGET RENT A CAR SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY KRZESNIAK,<br><br>Plaintiff,<br><br>v.<br><br>CENDANT CORPORATION, et al.,<br><br>Defendants. | Case No. C 05-5156 MEJ<br><br>**APPLICATION AND ~~PROPOSED~~ ORDER FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS**<br><br>Hon. Maria Elena James |

DEFENDANTS APPLY TO THE COURT FOR AN ORDER AS FOLLOWS:

Defendants Cendant Corporation; Cendant Car Rental Group, LLC (formerly known as Cendant Car Rental Group, Inc.); Cendant Car Rental Operations Support, Inc.; and Budget Rent A Car System, Inc. hereby apply to the Court for the withdrawal of their current counsel of record and the substitution of Michael Hoffman of Littler Mendelson, P.C., 650 California Street, 20th floor, San Francisco, California 94108, phone (415) 433-1940 and facsimile (415) 399-8447, and

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

APPLICATION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF ATTORNEYS

1.

CASE NO. C 05-5156 MEJ

Jody A. Landry of Littler Mendelson, P.C., 501 W. Broadway, Suite 900, San Diego, CA 92101, phone (619) 232-0441 and facsimile (619) 232-4302 as their attorneys of record in this action, in lieu and in place of Robert M. Pattison of Jackson Lewis LLP, 199 Fremont Street, 10th Floor, San Francisco, CA 94105.

Dated: September 5, 2006

*[signature]*
ROSALIE J. SHOEMAN
Corporate Counsel on behalf of
Defendants CENDANT CORPORATION;
CENDANT CAR RENTAL GROUP, LLC
(formerly known as Cendant Car Rental
Group, Inc.); CENDANT CAR RENTAL
OPERATIONS SUPPORT, INC.; and
BUDGET RENT A CAR SYSTEM, INC.

Jackson Lewis LLP withdraws as defense counsel and accepts the above substitution.

Dated: August 29, 2006

*[signature]*
ROBERT M. PATTISON
JACKSON LEWIS LLP

Dated: August 29, 2006

*[signature]*
MICHAEL HOFFMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants CENDANT
CORPORATION; CENDANT CAR RENTAL
GROUP, LLC (formerly known as Cendant
Car Rental Group, Inc.); CENDANT CAR
RENTAL OPERATIONS SUPPORT, INC.;
and BUDGET RENT A CAR SYSTEM, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

APPLICATION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF ATTORNEYS    2.    CASE NO. C 05-5156 MEJ

# ORDER

Defendants' application for the proposed withdrawal and substitution of counsel is hereby GRANTED. The Court Clerk is directed to substitute counsel for Defendants and direct all future notices to Defendants' counsel as follows:

>   Michael Hoffman, Bar No. 162496
>   Littler Mendelson, P.C.
>   650 California Street, 20th Floor
>   San Francisco, CA 94108.2693
>   Ph.  415.433.1940
>   Fx.  415.399.8490
>
>   Jody A. Landry, Bar No. 125743
>   Littler Mendelson, P.C.
>   501 W. Broadway, Suite 900
>   San Diego, CA 92101.3577
>   Ph.  619.232.0441
>   Fx.  619.232.4302

IT IS SO ORDERED.

Dated: August 22, 2007

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:81437483.1 035682.1000