**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STANLEY KRZESNIAK, individually, on
behalf of all others similarly situated, and on
behalf of the general public,

                Plaintiff(s),

    vs.

CENDANT CORP., CENDANT CAR RENTAL
GROUP, INC., CENDANT CAR RENTAL
OPERATIONS SUPPORT, INC., and BUDGET
RENT A CAR SYSTEM, INC.,

                Defendant(s).
_____/

No. C 05-05156 MEJ

**ORDER LIFTING STAY**

**ORDER SCHEDULING CASE
MANAGEMENT CONFERENCE**

      On August 9, 2007, the Court granted Defendants' Motion to Stay Action Pending Resolution of Petition for Permission to Appeal from Class Certification Order. On September 12, 2007, the Ninth Circuit Court of Appeals entered an Order denying Defendants' Rule 23(f) petition. Accordingly, the Court LIFTS the stay in this action. The Court shall hold a case management conference on October 25, 2007 at 10:00 a.m. in Courtroom B. A joint case management statement shall be due seven days in advance. Further, if they have not already done so, the parties shall meet and confer in good faith with respect to the requirements of FRCP 23(c)(2)(B) governing notice to the class. If the parties are unable to informally resolve this matter by way of a stipulation and proposed order, Plaintiff shall bring a noticed motion.

      **IT IS SO ORDERED.**

Dated: September 19, 2007

                         _____
                         MARIA-ELENA JAMES
                         United States Magistrate Judge