PETER S. RUKIN (SBN 178336)
STEVEN M. TINDALL (SBN 187862)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA  94111
Telephone:  (415) 421-1800 / Fax  (415) 421-1700
E-mail: steventindall@rhdtlaw.com

Attorneys for Plaintiff and Plaintiff Class

MICHAEL HOFFMAN, Bar No. 162496
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:     415.433.1940 / Fax: 415.399.8490
E-mail: mhoffman@littler.com

JODY A. LANDRY, Bar No. 125743
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
Telephone:     619.232.0441 / Fax:   619.232.4302
E-mail: jlandry@littler.com

Attorneys for Defendants CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, LLC, formerly known as Cendant Car Rental Group, Inc., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., and BUDGET RENT A CAR SYSTEM, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| STANLEY KRZESNIAK, individually, in behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., BUDGET RENT A CAR SYSTEM, INC.,<br><br>Defendants. | Case No. C-05-05156 MEJ<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON** |

1   The parties to this matter, through their attorneys of record, Steven Tindall on behalf of
2   Plaintiff STANLEY KRZESNIAK and the class certified by the Court, and Michael Hoffman on
3   behalf of Defendants CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, LLC,
4   formerly known as Cendant Car Rental Group, Inc., CENDANT CAR RENTAL OPERATIONS
5   SUPPORT, INC., and BUDGET RENT A CAR SYSTEM, INC., do hereby stipulate as follows:

6   That there is good cause to continue the date for filing the Case Management Statement
7   and to continue the Case Management Conference by two weeks due to following:  1) the parties
8   are continuing to meet and confer with respect to the notice to go out to class members, although
9   an agreement has not yet been reached; 2) settlement discussions are still in progress; and 3)
10  Defendants lead counsel previously notified the Court of his unavailability from the time period
11  of October 11 through 24, 2007.

12  Based on the above the parties stipulate as follows:

13  1. That the date for filing a Case Management Statement is November 1, 2007.

14  2. That the Case Management Conference date be moved to November 15, 2007
15  (from October 25).

16  IT IS SO STIPULATED

17  Date: October 12, 2007

18
19                              By:  _____/S/_____
                                     STEVEN TINDALL
20                                   RUKIN HYLAND DORIA & TINDALL
                                     Attorneys for PLAINTIFFS

21  Date: October 12, 2007

22
23                              By:  _____/S/_____
                                     MICHAEL HOFFMAN
24                                   LITTLER MENDELSON
                                     A Professional Corporation
25                                   Attorneys for DEFENDANTS

26  / / /
27  / / /
28  / / /

2

JOINT STIPULATION TO MOVE CMC; ORDER THEREON                              Case No. C-05-05156 MEJ

**ORDER**

1  For good cause shown it is hereby ordered as follows: 1) that the parties Case Management Statements are due no later than November 1, 2007; and 2) that the Case Management Conference is moved to November 15, 2007 at  10:00 a.m.  .

IT IS SO ORDERED.

DATED: October 16, 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

Firmwide:83259349.1 035682.1035