IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY KRZESNIAK, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>          Plaintiff(s),<br><br>     vs.<br><br>CENDANT CORP., CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., and BUDGET RENT A CAR SYSTEM, INC.,<br><br>          Defendant(s).<br>_____/ | No. C 05-05156 MEJ<br><br>**CASE MANAGEMENT ORDER**<br><br>**ORDER SCHEDULING FURTHER STATUS CONFERENCE** |

This matter is currently scheduled for a Case Management Conference on November 15, 2007. However, upon review of the parties' Joint Case Management Statement (Doc. #95), the Court finds a conference unnecessary and VACATES the November 15 CMC. Although the Court shall not schedule a trial date at this time, it hereby ADOPTS the following proposed pretrial dates from the parties' statement:

          July 31, 2008          Discovery cut-off
          August 15, 2008      Service of any expert disclosures
          September 15, 2008  Completion of expert discovery
          October 16, 2008     Last day to file dispositive motions
          November 20, 2008   Hearing date for dispositive motions

The Court shall conduct a status conference on April 24, 2008 at 10:00 a.m. in Courtroom B. The parties shall file a joint status statement by April 17, 2008. Based on the parties statement, it also appears that settlement negotiations are ongoing, including a mediation in April 2007. As the mediator has offered to provided continued assistance, the Court requests that the parties conduct a

further mediation prior to the April 24 status conference.

**IT IS SO ORDERED.**

Dated: November 8, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2