MICHAEL HOFFMAN, Bar No. 162496
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: mhoffman@littler.com

JODY A. LANDRY, Bar No. 125743
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
E-mail: jlandry@littler.com

Attorneys for Defendants
CENDANT CORPORATION; CENDANT CAR RENTAL GROUP, LLC (formerly known as Cendant Car Rental Group, Inc.); CENDANT CAR RENTAL OPERATIONS SUPPORT, INC.; and BUDGET RENT A CAR SYSTEM, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY KRZESNIAK,<br><br>Plaintiff,<br><br>v.<br><br>CENDANT CORPORATION, et al.,<br><br>Defendants. | Case No. C 05-5156 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE RE MOTION FOR CLASS NOTICE<br><br>Date: December 20, 2007<br>Time: 10:00 a.m.<br>Ctrm: B<br><br>Hon. Maria-Elena James |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel and subject to Court approval, to the following:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROPOSED ORDER RE BRIEFING SCHEDULE            1.                    CASE NO. C 05-5156 MEJ

1.     Plaintiff filed his Motion for Class Notice on November 14, 2007, which is set for hearing on December 20, 2007. Defendants' opposition is currently due on November 29, 2007.

2.     Defendants requested an extension due to the Thanksgiving holiday. Plaintiff is willing to grant the extension so long as it does not result in the Court moving the hearing date and further delaying the distribution of notice to the Class.

3.     The parties stipulate that Defendants may file their opposition on or before December 3, 2007, and that Plaintiff may file his reply brief on or before December 10, 2007.

Date: November 28, 2007

By: _____/S/_____
Michael Hoffman
LITTLER MENDELSON, P.C.
Attorneys for Defendants

Date: November 28, 2007

By: : _____/S/_____
Steven M. Tindall
RUKIN HYLAND DORIA & TINDALL LLP
Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 29, 2007

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:83713367.1 035682.1035

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROPOSED ORDER RE BRIEFING SCHEDULE     2.     CASE NO. C 05-5156 MEJ