IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY KRZESNIAK, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>    Plaintiff(s),<br><br>vs.<br><br>CENDANT CORP., CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., and BUDGET RENT A CAR SYSTEM, INC.,<br><br>    Defendant(s).<br>_____/ | No. C 05-05156 MEJ<br><br>**ORDER RE: CLAIMS ADMINISTRATOR** |

For purposes of administering notice to the class in the above-captioned matter, the Court finds that the most efficient means is through the use of a claims administrator. Accordingly, the Court ORDERS the parties to meet and confer for the purpose of providing the Court with an agreed-upon third party administrator. The parties shall file a statement with the administrator's name and contact information (to be used on the class notice), by December 18, 2007.

**IT IS SO ORDERED.**

Dated: December 10, 2007

MARIA-ELENA JAMES
United States Magistrate Judge