IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY KRZESNIAK, | No. C 05-5156 MEJ |
| Plaintiff(s), | **ORDER STAYING CLASS NOTICE DEADLINES** |
| vs. | |
| CENDANT CORPORATION, et al., | |
| Defendant(s). | |

The Court is in receipt of Defendants' Motion for Leave to Seek Reconsideration, filed December 28, 2007. (Doc. #110.) Pending resolution of Defendants' motion, the Court STAYS all deadlines in its class notice order (Doc. #109).

**IT IS SO ORDERED**

Dated: December 31, 2007

MARIA-ELENA JAMES
United States Magistrate Judge