IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STANLEY KRZESNIAK,

    Plaintiff(s),

vs.

CENDANT CORPORATION, et al.,

    Defendant(s).

No. C 05-5156 MEJ

**ORDER STAYING CLASS NOTICE DEADLINES**

The Court is in receipt of Defendants' Motion for Leave to Seek Reconsideration, filed December 28, 2007. (Doc. #110.) Pending resolution of Defendants' motion, the Court STAYS all deadlines in its class notice order (Doc. #109).

**IT IS SO ORDERED**

Dated: December 31, 2007

MARIA-ELENA JAMES
United States Magistrate Judge