IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY KRZESNIAK, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>CENDANT CORP., CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., and BUDGET RENT A CAR SYSTEM, INC.,<br><br>    Defendant(s).<br>_____/ | No. C 05-05156 MEJ<br><br>**ORDER VACATING HEARING RE: PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

On August 21, 2008, the parties filed a stipulation regarding the scheduled hearing on Plaintiff's Motion for Final Approval of Class Action Settlement. (Dkt. ##127, 135.) Upon review of the parties' stipulation, the Court hereby VACATES the August 28 hearing. As the parties are filing briefs on the issue of the requested representative service payment to Plaintiff, the Court shall review the parties' briefs, and then determine if a hearing on that issue is necessary.

**IT IS SO ORDERED.**

Dated: August 25, 2008

MARIA-ELENA JAMES
United States Magistrate Judge