# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY KRZESNIAK, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., BUDGET RENT A CAR SYSTEM, INC,<br><br>Defendants. | CASE NO. C 05-5156 MEJ<br><br>[PROPOSED] ORDER OF FINAL APPROVAL AND SETTLEMENT OF CLASS ACTION<br><br>Date: August 28, 2008<br>Time: 10:00 a.m.<br>Courtroom: B<br><br>Hon. Maria-Elena James<br><br>Complaint Filed: December 13, 2005<br>Trial date: None set |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff's Motion for Final Approval of Class Settlement came before this Court, Hon. Maria-Elena James presiding, on _____, 2008. Consistent with the Court's Order Preliminarily Approving Class Action Settlement ("Preliminary Approval Order"), filed and entered May 8, 2008, and as set forth in the Stipulation and Agreement to Settle Class Action ("Stipulation" or "Settlement") in the Action, and due and adequate notice having been given to all Class Members as required in the Preliminary Approval Order, and the Court having considered all papers filed and proceedings conducted herein and otherwise being fully informed and good cause appearing therefor, the Court HEREBY ORDERS THE FOLLOWING:

1. All terms used herein shall have the same meaning as defined in the Stipulation.

1

2. This Court has jurisdiction over the subject matter of this Action and over all Parties to this Action, including all Class Members.

3. Distribution of the Notice Of Order Certifying Class and Pendency Of Settlement Of Class Action And Approval Process ("Notice") and the Claim Form directed to the Class Members as set forth in the Stipulation and the other matters set forth therein has been completed in conformity with the Preliminary Approval Order, including individual notice to all Class Members who could be identified through reasonable effort, and was the best notice practicable under the circumstances. The Notice provided due and adequate notice of the proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Stipulation, to all persons entitled to such Notice, and the Notice fully satisfied the requirements of due process. All Class Members (other than those who timely excluded themselves from the Class) and all released claims are covered by and included within the Settlement.

4. The Court finds that the Settlement is fair, reasonable, and adequate and that Plaintiff has satisfied the standards and applicable requirements for final approval of this class action Settlement under Federal Rule of Civil Procedure 23. The Court hereby approves the Settlement set forth in the Stipulation and directs the Parties to effectuate the Settlement according to its terms. The Court finds that the Settlement has been reached as a result of intensive, serious, and non-collusive arms-length negotiations. The Court further finds that the Parties have conducted extensive investigation and research, and counsel for the Parties are able to reasonably evaluate their respective positions. The Court also finds that Settlement at this time will avoid additional substantial costs, as well as avoid the delay and risks that would be presented by the further prosecution of the Action. The Court has reviewed the benefits that are being granted as part of the Settlement and recognizes the significant value to the Class Members. The Court also finds that the Class is properly certified as a class for settlement purposes only.

5. The Court hereby finds the Settlement payments provided for under the Settlement to be fair, adequate, and reasonable in light of all the circumstances. The Court, therefore, orders the calculations and the payments to be made and administered per the terms of the Settlement.

1        6.      The Court hereby confirms Rukin Hyland Doria & Tindall LLP as Class Counsel in this Action.

2        7.      Pursuant to the terms of the Settlement, and the authorities, evidence and argument submitted by Class Counsel, the Court hereby awards Class Counsel attorneys' fees in the amount of $135,000.00, and attorneys' costs in the amount of $14,027.56, to be paid from the Settlement Fund, as final payment for and complete satisfaction of any and all attorneys' fees and costs incurred by and/or owed to Class Counsel and any other person or entity related to the Action. The Court finds the award of attorneys' fees and costs to be supported by both methods used in awarding attorneys' fees—the percentage-of-the-fund method and the lodestar/multiplier method. The Court further orders that the award of attorneys' fees and costs set forth in this paragraph shall be administered pursuant to the terms of the Stipulation, and transferred and/or made payable to Rukin Hyland Doria & Tindall LLP as Class Counsel.

3        8.      The Court also hereby approves and orders service payments to Plaintiff Stanley Krzesniak in the amount of $1,500.00 [~~$15,000.00~~], for his service as Class Representative, to be paid from the Settlement Fund.

4        9.      The Court also hereby approves and orders payment in the amount of $6,000 to the Settlement Administrator, Simpluris, Inc., from the Settlement Fund.

**IT IS SO ORDERED.**

Dated: September 18, 2008

_____
HON. MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

3

[PROPOSED] ORDER OF FINAL APPROVAL AND SETTLEMENT OF CLASS ACTION