1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| STANLEY KRZESNIAK, | Case No.  C 05-5156 MEJ |
| Plaintiff, | ~~[PROPOSED]~~ JUDGMENT AND DISMISSAL OF ACTION WITH PREJUDICE ON FINAL APPROVAL OF SETTLEMENT |
| v. | |
| CENDANT CORPORATION, et al., | |
| Defendants. | Hon. Maria-Elena James |

12

13

14

15

16

17       Proceedings regarding the proposed settlement of the above-referenced class action

18   have been regularly conducted before this Court.  Plaintiff Class was represented by Peter S. Rukin

19   and Steven M. Tindall of Rukin Hyland Doria & Tindall; Defendants were represented by Michael

20   Hoffman of Arena Hoffman LLP.

21       The Court first conducted a preliminary hearing on May 6, 2008, on Plaintiff's

22   unopposed Application for Preliminary Approval of Class Action Settlement.  After considering all

23   supporting papers, evidence, and arguments, the Court granted preliminary approval of the

24   settlement.  Further, after determining that the proposed Notice of Class Action ("Notice") met all

25   constitutional and statutory requirements, including due process, the Court ordered the Notice to be

26   mailed in accordance with all constitutional and statutory requirements, including due process.

27   Subsequently, and in accordance with the Notice, the Court conducted a further hearing on August

28

ORDER FOR JUDGMENT AND DISMISSAL                    1.                    CASE NO. C 05-5156 MEJ

28, 2008 for the purpose of considering the properly-noticed Motion for Order of Final Approval and

Good Faith Determination of the Settlement, and the application of Class Counsel for attorneys' fees

and expenses.

After fully considering all supporting papers, evidence, and arguments, and having

reviewed Class Counsel's declaration concerning the giving of Notice of Class Action to class

members in accordance with the Court's order, and having fully and carefully considered the

application for attorneys' fees, good cause appearing, the Court found the settlement to be fair,

reasonable, and adequate.  Therefore, the Court hereby adjudges and decrees that judgment and

dismissal with prejudice, pursuant to the Order of Final Approval of Settlement of Class Action, is

hereby made and shall be entered by the Clerk pursuant to the terms and conditions set forth therein.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: __September 18, 2008__

_____

UNITED STATES MAGISTRATE JUDGE

Firmwide:84473458.1 035682.1035

**ORDER FOR JUDGMENT AND DISMISSAL**                   2.                   **CASE NO. C 05-5156 MEJ**