1

2

3

4

5

6

7

8

9

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  STANLEY KRZESNIAK,                                No. C 05-5156 MEJ

11              Plaintiff(s),                    **REVISED PARTIAL JUDGMENT AND**
                                                 **DISMISSAL OF CLASS ACTION**
12     vs.                                       **CLAIMS WITH PREJUDICE ON FINAL**
                                                 **APPROVAL OF SETTLEMENT**
13  CENDANT CORPORATION, et al.,
                                                 **ORDER SCHEDULING CASE**
14              Defendant(s).                    **MANAGEMENT CONFERENCE RE:**
                                          /      **INDIVIDUAL FMLA AND CFRA**
15                                               **CLAIMS**

16          Proceedings regarding the proposed settlement of the above-referenced class action have

17  been regularly conducted before this Court. Plaintiff Class has been represented by Peter S. Rukin

18  and Steven M. Tindall of Rukin Hyland Doria & Tindall; Defendants has been represented by

19  Michael Hoffman of Arena Hoffman LLP.

20          The Court first conducted a preliminary hearing on May 6, 2008, on Plaintiff's unopposed

21  Application for Preliminary Approval of Class Action Settlement. After considering all supporting

22  papers, evidence, and arguments, the Court granted preliminary approval of the settlement. Further,

23  after determining that the proposed Notice of Class Action met all constitutional and statutory

24  requirements, including due process, the Court ordered said Notice to be mailed in accordance with

25  all constitutional and statutory requirements, including due process. Subsequently, and in

26  accordance with the Notice of Class Action, the Court considered the properly noticed Motion for

27  Order of Final Approval and Good Faith Determination of the Settlement, and the application of

28

**United States District Court**
For the Northern District of California

1    Class Counsel for attorneys' fees and expenses.

2    After fully considering all supporting papers, evidence, and arguments, and having reviewed

3    Class Counsel's declaration concerning the giving of Notice of Class Action to class members in

4    accordance with the Court's order, and having fully and carefully considered the application for

5    attorneys' fees, good cause appearing, the Court issued its Order of Final Approval and Good Faith

6    Determination of Settlement, finding said settlement to be fair, reasonable, and adequate. Therefore,

7    the Court hereby adjudges and decrees that partial judgment and dismissal with prejudice of the

8    class action claims raised in this litigation and all wage-related claims in the complaint, whether

9    individual or certified, pursuant to the Order of Final Approval of Settlement of Class Action, is

10    hereby made and shall be entered by the Clerk pursuant to the terms and conditions set forth therein.

11    This Judgment and Dismissal, however, does not affect Plaintiff's individual claims brought under

12    the Family and Medical Leave Act (FMLA) and the California Family Rights Act (CFRA), which

13    shall proceed under Case No. C 05-5156 MEJ.  The Court declines to remove or lower the $1,500

14    incentive award.

15    As Plaintiff's individual FMLA and CFRA claims remain pending, the Court shall conduct a

16    Case Management Conference on October 9, 2008 at 10:00 a.m. in Courtroom B.  The parties shall

17    file a joint case management conference statement by October 2, informing the Court as to how they

18    wish to proceed in this matter.  The parties shall include a statement regarding whether it would be

19    beneficial to refer the remaining claims to another magistrate judge for a settlement conference.

20    **IT IS SO ORDERED.**

21

22    Dated: September 26, 2008

23    MARIA-ELENA JAMES
      United States Magistrate Judge

24

25

26

27

28
                                          2