| | |
|---|---|
| 1 | PETER S. RUKIN (SBN 178336) |
| | STEVEN M. TINDALL (SBN 187862) |
| 2 | RUKIN HYLAND DORIA & TINDALL LLP |
| | 100 Pine Street, Suite 725 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 421-1800 / Fax (415) 421-1700 |
| 4 | E-mail: steventindall@rhdtlaw.com |
| 5 | Attorneys for Plaintiff STANLEY KRZESNIAK |
| 6 | |
| 7 | MICHAEL HOFFMAN, Bar No. 162496 |
| | ARENA HOFFMAN LLP |
| 8 | 44 Montgomery Street, Suite 1200 |
| | San Francisco, CA 94104 |
| | Telephone: 415.433.1414 / Fax: 415.520.0446 |
| 9 | E-mail: mhoffman@arenahoffman.com |
| 10 | JODY A. LANDRY, Bar No. 125743 |
| | LITTLER MENDELSON |
| 11 | A Professional Corporation |
| | 501 W. Broadway, Suite 900 |
| 12 | San Diego, CA 92101.3577 |
| | Telephone: 619.232.0441 / Fax: 619.232.4302 |
| 13 | E-mail: jlandry@littler.com |
| 14 | Attorneys for Defendants CENDANT |
| | CORPORATION, CENDANT CAR RENTAL |
| 15 | GROUP, LLC, formerly known as Cendant Car |
| | Rental Group, Inc., CENDANT CAR RENTAL |
| 16 | OPERATIONS SUPPORT, INC., and BUDGET |
| | RENT A CAR SYSTEM, INC. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY KRZESNIAK, individually, in behalf of all others similarly situated, and on behalf of the general public, | Case No. C-05-05156 MEJ |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| vs. | |
| CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., BUDGET RENT A CAR SYSTEM, INC., | |
| Defendants. | |

1

JOINT STIPULATION TO MOVE CMC; [PROPOSED] ORDER THEREON     Case No. C-05-05156 MEJ

The parties to this matter, through their attorneys of record, Steven Tindall on behalf of Plaintiff STANLEY KRZESNIAK, and Michael Hoffman on behalf of Defendants CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, LLC, formerly known as Cendant Car Rental Group, Inc., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., and BUDGET RENT A CAR SYSTEM, INC., do hereby stipulate as follows:

1. By Order entered September 26, 2008, the Court directed the parties to appear for a Case Management Conference on October 9, 2008 at 10:00 a.m. in Courtroom B. The Joint Case Management Conference Statement is due on October 2, 2008.

2. Due to a religious holiday on September 29 and 30, as well as schedule conflicts for counsel and a religious holiday on October 9, the parties will be unable to conduct a meaningful discussion of the issues and proposed schedule to be included in the Joint Case Management Conference Statement by October 2 and will have difficulty rescheduling matters to appear for the October 9 hearing.

3. Based on the foregoing, the parties request and propose a two-week continuance of the deadline for filing a Joint Case Management Conference Statement, or until October 16, 2008.

4. Based on the foregoing, the parties request and propose a two-week continuance of the Case Management Conference, or until October 23, 2008 at 10:00 a.m in Courtroom B.

IT IS SO STIPULATED

Date: October 1, 2008

By: /S/
STEVEN TINDALL
RUKIN HYLAND DORIA & TINDALL
Attorneys for PLAINTIFF

Date: October 1, 2008

By: /S/
MICHAEL HOFFMAN
ARENA HOFFMAN LLP
Attorneys for DEFENDANTS

JOINT STIPULATION TO MOVE CMC; ORDER THEREON | Case No. C-05-05156 MEJ

| | |
|---|---|
| 1 | **ORDER** |
| 2 | For good cause shown, it is hereby ordered as follows: (1) the Joint Case Management |
| 3 | Statement is due no later than ~~October 16~~ October 30, 2008; and (2) the Case Management Conference is |
| 4 | continued to ~~October 23~~ November 6, 2008 at 10:00 a.m. |
| 5 | IT IS SO ORDERED. |
| 6 | |
| 7 | DATED: October 1, 2008 |
| 8 | _____ |
| | UNITED STATES MAGISTRATE JUDGE |

3

JOINT STIPULATION TO MOVE CMC; ORDER THEREON          Case No. C-05-05156 MEJ