| | |
|---|---|
| 1 | PETER S. RUKIN (SBN 178336) |
| 2 | STEVEN M. TINDALL (SBN 187862)<br>RUKIN HYLAND DORIA & TINDALL LLP |
| 3 | 100 Pine Street, Suite 725<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 421-1800 / Fax (415) 421-1700<br>E-mail: steventindall@rhdtlaw.com |
| 5 | Attorneys for Plaintiff STANLEY KRZESNIAK |

MICHAEL HOFFMAN, Bar No. 162496
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   415.433.1414 / Fax: 415.520.0446
E-mail: mhoffman@arenahoffman.com

JODY A. LANDRY, Bar No. 125743
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone:   619.232.0441 / Fax:   619.232.4302
E-mail: jlandry@littler.com

Attorneys for Defendants CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, LLC, formerly known as Cendant Car Rental Group, Inc., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., and BUDGET RENT A CAR SYSTEM, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY KRZESNIAK, individually, in behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., BUDGET RENT A CAR SYSTEM, INC.,<br><br>Defendants. | Case No. C-05-05156 MEJ<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

1

The parties to this matter, through their attorneys of record, Steven Tindall on behalf of Plaintiff STANLEY KRZESNIAK, and Michael Hoffman on behalf of Defendants CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, LLC, formerly known as Cendant Car Rental Group, Inc., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., and BUDGET RENT A CAR SYSTEM, INC., do hereby stipulate as follows:

1. By Order entered October 1, 2008, the Court directed the parties to appear for a Case Management Conference on November 6, 2008 at 10:00 a.m. in Courtroom B.

2. Defendants' counsel must attend a previously ordered hearing in Los Angeles on November 6. Based on the foregoing, the parties request and propose a continuance of the Case Management Conference to November 13, 2008 at 10:00 a.m in Courtroom B.

IT IS SO STIPULATED.

Date: October 6, 2008

By: /S/
STEVEN TINDALL
RUKIN HYLAND DORIA & TINDALL
Attorneys for PLAINTIFF

Date: October 6, 2008

By: /S/
MICHAEL HOFFMAN
ARENA HOFFMAN LLP
Attorneys for DEFENDANTS

**ORDER**

For good cause shown, it is hereby ordered as follows: (1) the Joint Case Management Statement is due no later than November 6, 2008; and (2) the Case Management Conference is continued to November 13, 2008 at 10:00 a.m.

IT IS SO ORDERED.

DATED: October 7, 2008

_____
UNITED STATES MAGISTRATE JUDGE

2

JOINT STIPULATION TO MOVE CMC; [PROPOSED] ORDER THEREON   Case No. C-05-05156 MEJ