| | |
|---|---|
| 1 | PETER S. RUKIN (SBN 178336) |
|   | STEVEN M. TINDALL (SBN 187862) |
| 2 | RUKIN HYLAND DORIA & TINDALL LLP |
|   | 100 Pine Street, Suite 725 |
| 3 | San Francisco, CA  94111 |
|   | Telephone:  (415) 421-1800 / Fax  (415) 421-1700 |
| 4 | E-mail: steventindall@rhdtlaw.com |
| 5 | Attorneys for Plaintiff STANLEY KRZESNIAK |

MICHAEL HOFFMAN, Bar No. 162496
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:    415.433.1414 / Fax: 415.520.0446
E-mail: mhoffman@arenahoffman.com

JODY A. LANDRY, Bar No. 125743
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
Telephone:    619.232.0441 / Fax:    619.232.4302
E-mail: jlandry@littler.com

Attorneys for Defendants CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, LLC, formerly known as Cendant Car Rental Group, Inc., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., and BUDGET RENT A CAR SYSTEM, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| STANLEY KRZESNIAK, individually, in behalf of all others similarly situated, and on behalf of the general public,<br><br>    Plaintiff,<br><br>    vs.<br><br>CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., BUDGET RENT A CAR SYSTEM, INC.,<br><br>    Defendants. | Case No. C-05-05156 MEJ<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~**[PROPOSED]**~~ **ORDER THEREON** |

1

The parties to this matter, through their attorneys of record, Steven Tindall on behalf of Plaintiff STANLEY KRZESNIAK, and Michael Hoffman on behalf of Defendants CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, LLC, formerly known as Cendant Car Rental Group, Inc., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., and BUDGET RENT A CAR SYSTEM, INC., do hereby stipulate as follows:

1. By Order entered March 19, 2009, the Court directed the parties to appear for a Case Management Conference on September 24, 2009 at 10:00 a.m. in Courtroom B. The Joint Case Management Conference Statement is due on September 17, 2009.

2. The parties are discussing a dismissal of the action. In the interests of conserving resources, the parties request and propose a six-week continuance of Case Management Conference, or until November 5, 2009.

IT IS SO STIPULATED

Date: September 16, 2009

By: /S/
STEVEN TINDALL
RUKIN HYLAND DORIA & TINDALL
Attorneys for PLAINTIFF

Date: September 16, 2009

By: /S/
MICHAEL HOFFMAN
ARENA HOFFMAN LLP
Attorneys for DEFENDANTS

**ORDER**

Good cause appearing, the Case Management Conference is hereby continued to November 5, 2009 at 10:00 a.m. A joint statement shall be filed no later than October 29, 2009.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: September 17, 2009

UNITED STATES MAGISTRATE JUDGE