| | |
|---|---|
| 1 | PETER S. RUKIN (SBN 178336) |
| | STEVEN M. TINDALL (SBN 187862) |
| 2 | RUKIN HYLAND DORIA & TINDALL LLP |
| | 100 Pine Street, Suite 725 |
| 3 | San Francisco, CA  94111 |
| | Telephone: (415) 421-1800 / Fax (415) 421-1700 |
| 4 | E-mail: steventindall@rhdtlaw.com |
| 5 | Attorneys for Plaintiff STANLEY KRZESNIAK |
| 6 | |
| 7 | MICHAEL HOFFMAN, Bar No. 162496 |
| | ARENA HOFFMAN LLP |
| 8 | 44 Montgomery Street, Suite 1200 |
| | San Francisco, CA  94104 |
| | Telephone:    415.433.1414 / Fax: 415.520.0446 |
| 9 | E-mail: mhoffman@arenahoffman.com |
| 10 | Attorneys for Defendants CENDANT |
| | CORPORATION, CENDANT CAR RENTAL |
| 11 | GROUP, LLC, formerly known as Cendant Car |
| | Rental Group, Inc., CENDANT CAR RENTAL |
| 12 | OPERATIONS SUPPORT, INC., and BUDGET |
| | RENT A CAR SYSTEM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY KRZESNIAK, individually, in behalf of all others similarly situated, and on behalf of the general public, | Case No. C-05-05156 MEJ |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| vs. | |
| CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., BUDGET RENT A CAR SYSTEM, INC., | |
| Defendants. | |

The parties to this matter, through their attorneys of record, Steven Tindall on behalf of Plaintiff STANLEY KRZESNIAK, and Michael Hoffman on behalf of Defendants CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, LLC, formerly known as Cendant Car Rental Group, Inc., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., and BUDGET RENT A CAR SYSTEM, INC., do hereby stipulate as follows:

1. By Order entered September 17, 2009, the Court directed the parties to appear for a Case Management Conference on November 5, 2009 at 10:00 a.m. in Courtroom B.

2. The parties are discussing a dismissal of the action and believe the matter may be presented for dismissal in the next 30 days. In the interests of conserving resources, the parties respectfully request and propose a further continuance of the Case Management Conference until December 3, 2009 at 10:00 a.m., or as soon thereafter as the Court's schedule permits.

IT IS SO STIPULATED.

Date: November 3, 2008

By: /S/
STEVEN TINDALL
RUKIN HYLAND DORIA & TINDALL
Attorneys for PLAINTIFF

Date: November 3, 2008

By: /S/
MICHAEL HOFFMAN
ARENA HOFFMAN LLP
Attorneys for DEFENDANTS

### ORDER

For good cause shown, it is hereby ordered as follows: (1) the Joint Case Management Statement is due no later than November 27, 2009; and (2) the Case Management Conference is continued to December 3, 2009 at 10:00 a.m.

IT IS SO ORDERED.

DATED: November 3, 2009

_____
UNITED STATES MAGISTRATE JUDGE