PETER S. RUKIN (SBN 178336)
STEVEN M. TINDALL (SBN 187862)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800 / Fax (415) 421-1700
E-mail: steventindall@rhdtlaw.com

Attorneys for Plaintiff STANLEY KRZESNIAK

MICHAEL HOFFMAN, Bar No. 162496
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   415.433.1414 / Fax: 415.520.0446
E-mail: mhoffman@arenahoffman.com

Attorneys for Defendants CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, LLC, formerly known as Cendant Car Rental Group, Inc., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., and BUDGET RENT A CAR SYSTEM, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY KRZESNIAK, individually, in behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., BUDGET RENT A CAR SYSTEM, INC.,<br><br>Defendants. | Case No. C-05-05156 MEJ<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

The parties to this matter, through their attorneys of record, Steven Tindall on behalf of Plaintiff, and Michael Hoffman on behalf of Defendants, do hereby stipulate as follows:

1. By Order of the Court, the parties were directed to appear for a Case Management Conference on December 3, 2009 at 10:00 a.m. in Courtroom B.

2. The parties are continuing to discuss a dismissal of this action and believe the matter may be presented to the Court for dismissal in January. In the interests of conserving the Court's and the parties' resources, the parties respectfully request and propose a further continuance of the Case Management Conference until January 14, 2010 at 10:00 a.m., or as soon thereafter as the Court's schedule permits.

IT IS SO STIPULATED.

Date: November 30, 2008

By: /S/
STEVEN TINDALL
RUKIN HYLAND DORIA & TINDALL
Attorneys for PLAINTIFF

Date: November 30, 2008

By: /S/
MICHAEL HOFFMAN
ARENA HOFFMAN LLP
Attorneys for DEFENDANTS

## ORDER

For good cause shown, it is hereby ordered as follows: (1) the Joint Case Management Statement is due no later than January 7, 2010; and (2) the Case Management Conference is continued to January 14, 2010 at 10:00 a.m.

IT IS SO ORDERED.

DATED: November 30, 2009

_____
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION TO MOVE CMC; [PROPOSED] ORDER THEREON                    Case No. C-05-05156 MEJ