1  PETER S. RUKIN (SBN 178336)
   STEVEN M. TINDALL (SBN 187862)
2  RUKIN HYLAND DORIA & TINDALL LLP
   100 Pine Street, Suite 725
3  San Francisco, CA 94111
   Telephone: (415) 421-1800 / Fax (415) 421-1700
4  E-mail: steventindall@rhdtlaw.com

5  Attorneys for Plaintiff STANLEY KRZESNIAK

6

   MICHAEL HOFFMAN, Bar No. 162496
7  ARENA HOFFMAN LLP
   44 Montgomery Street, Suite 1200
8  San Francisco, CA 94104
   Telephone:   415.433.1414 / Fax: 415.520.0446
9  E-mail: mhoffman@arenahoffman.com

10 Attorneys for Defendants CENDANT
   CORPORATION, CENDANT CAR RENTAL
11 GROUP, LLC, formerly known as Cendant Car
   Rental Group, Inc., CENDANT CAR RENTAL
12 OPERATIONS SUPPORT, INC., and BUDGET
   RENT A CAR SYSTEM, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY KRZESNIAK, individually, in behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., BUDGET RENT A CAR SYSTEM, INC.,<br><br>Defendants. | Case No. C-05-05156 MEJ<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

1  The parties to this matter, through their attorneys of record, Steven Tindall on behalf of Plaintiff, and Michael Hoffman on behalf of Defendants, do hereby stipulate as follows:

1. By Order of the Court, the parties were directed to appear for a Case Management Conference on January 14, 2010 at 10:00 a.m. in Courtroom B.

2. The parties are continuing to discuss a dismissal of this action and believe the matter may be presented to the Court for dismissal in January. In the interests of conserving the Court's and the parties' resources, the parties respectfully request and propose a further continuance of the Case Management Conference until February 18, 2010 at 10:00 a.m., or as soon thereafter as the Court's schedule permits.

IT IS SO STIPULATED.

Date: January 11, 2010

By: /S/
STEVEN TINDALL
RUKIN HYLAND DORIA & TINDALL
Attorneys for PLAINTIFF

Date: January 11, 2010

By: /S/
MICHAEL HOFFMAN
ARENA HOFFMAN LLP
Attorneys for DEFENDANTS

## ORDER

For good cause shown, it is hereby ordered as follows: (1) the Joint Case Management Statement is due no later than February 11, 2010; and (2) the Case Management Conference is continued to February 18 at 10:00 a.m.

IT IS SO ORDERED.

DATED: January 12, 2010

_____
UNITED STATES MAGISTRATE JUDGE