1    PETER S. RUKIN (SBN 178336)
     STEVEN M. TINDALL (SBN 187862)
2    RUKIN HYLAND DORIA & TINDALL LLP
     100 Pine Street, Suite 725
3    San Francisco, CA 94111
     Telephone: (415) 421-1800 / Fax (415) 421-1700
4    E-mail: steventindall@rhdtlaw.com

5    Attorneys for Plaintiff STANLEY KRZESNIAK

6

7    MICHAEL HOFFMAN, Bar No. 162496
     ARENA HOFFMAN LLP
     44 Montgomery Street, Suite 1200
8    San Francisco, CA 94104
     Telephone:    415.433.1414 / Fax: 415.520.0446
9    E-mail: mhoffman@arenahoffman.com

10    Attorneys for Defendants CENDANT
     CORPORATION, CENDANT CAR RENTAL
11    GROUP, LLC, formerly known as Cendant Car
     Rental Group, Inc., CENDANT CAR RENTAL
12    OPERATIONS SUPPORT, INC., and BUDGET
     RENT A CAR SYSTEM, INC.

13

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY KRZESNIAK, individually, in behalf of all others similarly situated, and on behalf of the general public,<br><br>         Plaintiff,<br><br>     vs.<br><br>CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., BUDGET RENT A CAR SYSTEM, INC.,<br><br>         Defendants. | Case No. C-05-05156 MEJ<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

1

1       The parties to this matter, through their attorneys of record, Steven Tindall on behalf of

2   Plaintiff, and Michael Hoffman on behalf of Defendants, do hereby stipulate as follows:

3       1.    By Order of the Court, the parties were directed to appear for a Case Management

4   Conference on February18, 2010 at 10:00 a.m. in Courtroom B.

5       2.    The parties are continuing to discuss a dismissal of this action and believe the

6   matter may be presented to the Court for dismissal in February.  In the interests of conserving the

7   Court's and the parties' resources, the parties respectfully request and propose a further

8   continuance of the Case Management Conference until March 18, 2010 at 10:00 a.m., or as soon

9   thereafter as the Court's schedule permits.

10       IT IS SO STIPULATED.

11   Date:  February 12, 2010

12                     By:            /S/_____

13                            STEVEN TINDALL
                         RUKIN HYLAND DORIA & TINDALL

14                            Attorneys for PLAINTIFF

    Date:  February 12, 2010

15

16                     By:            /S/_____

17                            MICHAEL HOFFMAN
                         ARENA HOFFMAN LLP

18                            Attorneys for DEFENDANTS

19

20                           **ORDER**

21       For good cause shown, it is hereby ordered as follows: (1) the Joint Case Management

22   Statement is due no later than March 11, 2010; and (2) the Case Management Conference is

23   continued to March 18 at 10:00 a.m.

24       IT IS SO ORDERED.

25

26   DATED:_____                _____

27                       UNITED STATES MAGSTRATE JUDGE

28