PETER S. RUKIN (SBN 178336)
STEVEN M. TINDALL (SBN 187862)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800 / Fax (415) 421-1700
E-mail: steventindall@rhdtlaw.com

Attorneys for Plaintiff STANLEY KRZESNIAK

MICHAEL HOFFMAN, Bar No. 162496
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: 415.433.1414 / Fax: 415.520.0446
E-mail: mhoffman@arenahoffman.com

Attorneys for Defendants CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, LLC, formerly known as Cendant Car Rental Group, Inc., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., and BUDGET RENT A CAR SYSTEM, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY KRZESNIAK, individually, in behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., BUDGET RENT A CAR SYSTEM, INC.,<br><br>Defendants. | Case No. C-05-05156 MEJ<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

The parties to this matter, through their attorneys of record, Steven Tindall on behalf of Plaintiff, and Michael Hoffman on behalf of Defendants, do hereby stipulate as follows:

1. By Order of the Court, the parties were directed to appear for a Case Management Conference on March 18, 2010 at 10:00 a.m. in Courtroom B.

2. The parties are continuing to discuss a dismissal of this action and believe the matter may be presented to the Court for dismissal within the next 7 days. In the interests of conserving the Court's and the parties' resources, the parties respectfully request and propose a further continuance of the Case Management Conference until April 15, 2010 at 10:00 a.m., or as soon thereafter as the Court's schedule permits.

IT IS SO STIPULATED.

Date: March 11, 2010

By: /S/
STEVEN TINDALL
RUKIN HYLAND DORIA & TINDALL
Attorneys for PLAINTIFF

Date: March 11, 2010

By: /S/
MICHAEL HOFFMAN
ARENA HOFFMAN LLP
Attorneys for DEFENDANTS

## ORDER

For good cause shown, it is hereby ordered as follows: (1) the Joint Case Management Statement is due no later than April 8, 2010; and (2) the Case Management Conference is continued to April 15 at 10:00 a.m.

IT IS SO ORDERED.

DATED: 3/11/2010

_____
UNITED STATES MAGSTRATE JUDGE