1  PETER S. RUKIN (SBN 178336)
   STEVEN M. TINDALL (SBN 187862)
2  RUKIN HYLAND DORIA & TINDALL LLP
   100 Pine Street, Suite 725
3  San Francisco, CA 94111
   Telephone: (415) 421-1800 / Fax (415) 421-1700
4  E-mail: steventindall@rhdtlaw.com

5  Attorneys for Plaintiff STANLEY KRZESNIAK

6

   MICHAEL HOFFMAN, Bar No. 162496
7  ARENA HOFFMAN LLP
   44 Montgomery Street, Suite 1200
8  San Francisco, CA 94104
   Telephone:    415.433.1414 / Fax: 415.520.0446
9  E-mail: mhoffman@arenahoffman.com

10 JODY A. LANDRY, Bar No. 125743
   LITTLER MENDELSON
11 A Professional Corporation
   501 W. Broadway, Suite 900
12 San Diego, CA 92101.3577
   Telephone:   619.232.0441 / Fax:   619.232.4302
13 E-mail: jlandry@littler.com

14 Attorneys for Defendants CENDANT
   CORPORATION, CENDANT CAR RENTAL
15 GROUP, LLC, formerly known as Cendant Car
   Rental Group, Inc., CENDANT CAR RENTAL
16 OPERATIONS SUPPORT, INC., and BUDGET
   RENT A CAR SYSTEM, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY KRZESNIAK, individually, in behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., BUDGET RENT A CAR SYSTEM, INC.,<br><br>Defendants. | Case No. C-05-05156 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE ACTION WITH PREJUDICE** |

1

| 1 | The parties to this matter, through their attorneys of record, Steven M. Tindall on behalf |
| 2 | of Plaintiff STANLEY KRZESNIAK, and Michael Hoffman on behalf of Defendants |
| 3 | CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, LLC, formerly known as |
| 4 | Cendant Car Rental Group, Inc., CENDANT CAR RENTAL OPERATIONS SUPPORT, INC., |
| 5 | and BUDGET RENT A CAR SYSTEM, INC., do hereby stipulate as follows: |

1. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the parties hereto voluntarily dismiss the entire action with prejudice, with all parties to bear their own attorneys' fees and costs.

2. Nothing contained in this stipulation and proposed order for dismissal shall affect the Court's order of final approval and settlement of class action or the Court's continuing jurisdiction over the Court's final approval order regarding the class action settlement.

IT IS SO STIPULATED.

Date: March 17, 2010

By: _____/S/_____
STEVEN TINDALL
RUKIN HYLAND DORIA & TINDALL
Attorneys for PLAINTIFF

Date: March 17, 2010

By: _____/S/_____
MICHAEL HOFFMAN
ARENA HOFFMAN LLP
Attorneys for DEFENDANTS

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Clerk of Court shall close the file.

DATED: March 18, 2010

_____
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER FOR DISMISSAL                              Case No. C-05-05156 MEJ